

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2016

No. 04-16-00030-CV

Patricia A. **MAPLES**,
Appellant

v.

Royce L. **MAPLES**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 1997-CI-14007
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

On October 31, 2016, appellant filed a Plea in Abatement asking this court to abate this appeal pending resolution of an appeal before the United States Supreme Court. On November 14, 2016, appellee filed an objection to the request.

On December 2, 2016, the United States Supreme Court granted the petition for writ of certiorari in *Howell v. Howell*, No. 15-1031, on the following question:

> Whether the Uniformed Services Former Spouses' Protection Act preempts a state court's order directing a veteran to indemnify a former spouse for a reduction in the former spouse's portion of the veteran's military retirement pay, where that reduction results from the veteran's post-divorce waiver of retirement pay in order to receive compensation for a service-connected disability.

*See Howell v. Howell*, No. 15-1031. ___ S. Ct. ___ (Dec. 2, 2016).

Because we believe the U.S. Supreme Court's resolution of the above question will either directly answer or provide substantial guidance to answer the issue presented in the appeal before this court, we GRANT the Plea in Abatement. For administrative purposes, this appeal will be treated as a closed case, unless and until either appellant or appellee files a motion requesting its reinstatement following the U.S. Supreme Court's resolution of the issue in *Howell*.

It is so **ORDERED** on December 7, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court